FILED
RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 0 7 2008

DAVID J. MALAND, CLERK
BY
DEPUTY _____

U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DAVID J. MALAND, CLERK
BY
DEPUTY _____

COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE *Eastern* DISTRICT OF TEXAS
### *Pro Se* DIVISION

_Albert E Brown JR_ _146776_
Plaintiff's name and ID Number

_Collin County Detention Facility_
Place of Confinement

CASE NO. _4:08 W 291_
(Clerk will assign the number)

*Schneider/ Bush*

v.

_Case Bolt David E_
Defendant's name and address

_PFE North_
Defendant's name and address

_Missner Moreen_
Defendant's name and address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE _____4_____ DISTRICT OF TEXAS
### _Sherman_ DIVISION

_Albert E Brown 146726_
Plaintiff's name and ID Number

_Collin County_
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

_Collin County Police officer_
Defendant's name and address

_2200 TaYlor-Buck Dr_
Defendant's name and address

_McKinney TX 75071_
Defendant's name and address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

1

**FILING FEE AND IN FORMA PAUPERIS**

1.  In order for your complaint to be filed, it must be accompanied by the filing fee of $~~150.00~~ 360.00.

2.  If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis (IFP)*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3.  28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis* , the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $150 filing fee has been paid.

4.  If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion (s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?    ___YES ✓NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit:_____

        2.  Parties to previous lawsuit:

            Plaintiff(s)_____

            Defendant(s)_____

        3.  Court: (If federal, name the district; if state, name the county.) _____

        4.  Docket Number:_____

        5.  Name of judge to whom case was assigned:_____

        6.  Disposition: (Was the case dismissed, appealed, still pending?)
            _____

7. Approximate date of disposition: _____

II.   PLACE OF PRESENT CONFINEMENT: *Collion County Detention Facility*

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution?      ___YES   ___NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: *Albert Earl Brown JR*
*Collion County Detention facity    4300 Community*
*Avenue McKinney Texas 75071*

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: *Messner MAUREEN*
*She failed to render Aid. And She did not write A police*
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
*report She Also Scaly Assulted Another young girl*

Defendant #2: *LEE KEITH 2200 Taylor-*
*100 BURK DR McKinney Texas 75071*
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
*harrasment Assult Racil Profiling*

Defendant #3: *CaseBoltz David E 2200 Taylor-*
*BURK DR McKinney Texas 75071*
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
*Racil Profiling harrasment failer to Render Aid Sea/Asult*

Defendant #4: *Unknown Lnt @ 2200 Taylor-*
*BURK DR McKinney Texas 75071*
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
*failer to Render Aid*

Defendant #5: *Ther was Another officer but it fails*
*to show him on the tpe*
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

3

7.  Approximate date of disposition: _____

II.   **PLACE OF PRESENT CONFINEMENT:** *Collion County Detention facility*

III.  **EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution?        ___YES   ___NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV.   **PARTIES TO THIS SUIT:**

A.  Name and address of plaintiff: *Albrt Earl Brown JR*
*Collion County Detention facility 4500*
*Community Avnue Mckinney Texas 75071*

B.  Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: *CHRIS Bozznek 2200 Taylor Birk Dr Mckinney Texas 75071*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

*He fuled A fake + fictisis police report*

Defendant #2: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #3: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #4: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

V. **STATEMENT OF CLAIM:** *I am sorry but the tape is A hear 1/2 long*

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I was Approched on the 21 of Aprol of 07 I was sitting in my car. Officers say I was getting out my car when achilly I was letting some one out the car. But I was Approched by A officer David Cosebolt At night time on A two way street. He said he was going to write me a ticket for being parked on the wrong side of the street. But he say he seen two seeds and an open container. He then asked to search the car nothing was found. He Then made some remark About me the white girls that were with me and my Clothes. He pushed in my privit Area And He Also pulled my pants down below my Ankels.

**RELIEF:** State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Want 3 00000 per persone

VII. **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Albert Earl Brown JR

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you. 1290681 1467726

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES __✗__ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____

2. Case Number:_____

3. Approximate date sanctions were imposed:_____

4

Paragraph 2
Officer LEE KEith

He assited by grabbing my head after
the hand cuffes are placed on my
rist restrained behind my back. He
then slames my face into the hood of
a car repedilly with force And intent to
couse bodly harm and asist officer Rose
bold by holding me while the officer
poulles my clothers down. He also like
the other officers did not write this
in the police report.

Paragraph 7

Messner Maureen

She did not write a police report. She also
sexually assulted a young girl by directly touching
of the croch area. She did not tell the
officer to stop and by not writing a police
report she is trying to conceal there legal
actions as well as her own.

Paragraph 4

1t There was mother officer there he
also helped but failed the to render Aid.
He also Aided the police in having them
spred my leges while he fleshed the
light in my Anus.

Paragraph 5

Chris Brollnek

    This person had me charged with a
fake charge to cover up for the police assulting
me

4. Have the sanctions been lifted or otherwise satisfied?  ____YES  __✓__NO

C. Has any court ever warned or notified you that sanctions could be imposed?  ____YES  __✓__NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed warning (if federal, give the district and division): _____

   2. Case Number:_____

   3. Approximate date warnings were imposed:_____

Executed on: __8/8/08__
                     DATE

_Albert Brown JR_
(Signature of plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this ____8__ day of __August__, 20 _08_.
                  (Day)                    (month)              (year)

_Albert E Brown JR_
(Signature of plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.**

5

Plantiff

Albert Earl Brown JR

Defendents

Casebolt David E.
MeSSNER MAUREEN
LEE KEITh
GROZNEK, CHRS
LT UnKnown

Defendants

CASEBOLT  DAVID E
2200 TAYLOR BURK DR
Mckinney TEXAS  75071

MESSNER  MAUREEN
2200 TAYLOR BURK DR
McKINNEY TEXAS 75071

LEE  Keith
2200 TAYLOR BURK DR
McKINNEY TEXAS 75071

GRULNER  CHRIS
2200 TAYLOR BURK DR
McKINNEY TEXAS 75071

24 Unknown
2200 TAYLOR BURK DR
McKINNEY TEXAS 75071

DEFENDANT

CASEBOLT DAVID E

Unreasonble Searches and Siezures
        Excessive Force
Racial Profiling    Racial Anumus
Releiying fake + patireus information
in a Affidavid  failer to Render Aid
            RELAYING FAKE INFO
What happens when a persone is going to
write you a ticket But says they see perctnity
that they dont town in? No Breath Lizer but
somehow there hands end up on your privats.
                EXcessIVE FORCE
A police search you two are 3 times there is
no murtion cbout wepons but all c suden you
are trying to pull A wepone from between
your legs? So then hand cuffs Are being
placed on you but you are still being but
    RACIAL PROFILING
        + VILATION OF The 4 14 8 Amedments
RACIAL ANNUMUS

My shoes my atire this is what he realy
lookes like. She is a crack head What Are you
doing with him He is A dope dielr No good. But
you find drugs on one persone let them go then
charge the p you crrest the black persone for
simple tickets?

DEFENDANT
CASEBOLT DAVID C

Fatisus information How can you see a
seeds in a car at night time tinted windows
fake and falsus info then never turn emey seeds
into Evidence?

failer to rinder Aid
While omy head was being slamed into a car he
never once asked why are told the officer to stop
He also did not write it in his police report

He never wrote that he pulled my pants down
below my ankels in a public place eather.

DEFENDANT

MESSNER MAUREEN

Failer to Render Aid
Sexual Assult on a minor
Aideling And Abating
            Failer To RENDER AID
  She was standing on the Right of me she
never said a word to stop my head from being
slemed into the hot car.
            SEXUL AFFALT! on a minor
She Unziped A 17 year old girl Pants. And
not on did she rub in the area of her virgina
she continuly had repedly rubed.
            AIDDING AND ABETTING
She did not write A police report cause she did
not want to incriminet the othen officers or
herself. So she never said Eney thing if they
did not tell on her for what she did to the girl,
She was not going to tell they had my pants
down around my Ankels while they probed my
Anus

DEFENDANT

Lee KEITH

Assult By contact          Excessive force
                           Police Arbatery Essive
Blading and Matting    police force And brutclity

When the hand cuts whire placed on me
and I was told I was under arrest And I
ask what for "No Respons from officers. He is the
on that grebed A hand full of my hair And
repectedly slamed my heed into the car/med
I not fuget."

While I was how do you say it being
probed he helped by slaming my heed into the
car
      Then he laughed About it!

DEFENDANT

GROZNER CHRIS

Having Writen fake And fatisuse alegations
to hid And Abat eligel Police Misscandut-

s

He says I need to be charged for Attempted
to take a officer wupon by force, But it dose
not show cre you do not hear eney struggle for
a weapon, And the police did not write it into
the police reports, He only says this so the police
wont get into trable for jumping on me, So
he is Also Aiding And Abating

DEFENDANT

27 UNKNOWN

Failes to render Aid And Making
illigal Police Mis Conduct by not
writing a police report

The Lewtent was there when they had
my pants down around my Ankels he did
nothing he did not write A police report.
Why case he knew his officers would get
into trouble so they are trying to sweep it
under the wrug.

AFFIDAVIT IN ANY FACT

THE STATE OF TEXAS

COUNTY  OF  COLLIN

Before me, the undersigned authority, on this day personally appeared
_____, who after being duly sworn stated: _____

I Albert Brown state That everthing
I have writen in my 1983 law suit is true
And Acurate because everthing is on video
tape I do not trust my Attorney

WITNESS:_____

ADDRESS:_____

CITY    :_____

PHONE# :_____

SUBSCRIBED AND SWORN TO BEFORE ME

THIS ___ DAY OF August, 2008

_____

DELBRA MURPHY
Notary Public
STATE OF TEXAS
My Comm. Exp. 03/18/2009

NOTARY PUBLIC, COLLIN COUNTY, TEXAS

*Law Office of*
# JAMES P. WHALEN, P.C.
ATTORNEY AND COUNSELOR AT LAW
2901 N. DALLAS PARKWAY
SUITE 105
PLANO, TEXAS 75093

JAMES P. WHALEN
BOARD CERTIFIED IN CRIMINAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

214/368-2560
FAX 214/291-5764
jwhalen@whalenlawoffice.com

May 21, 2008

Albert Earl Brown, Jr.
Legal Mail
Collin County Jail
4300 Community Blvd.
McKinney, Texas  75071

Re:   State of Texas v. Albert Earl Brown, Jr.
      Case No. 219-81373-07 and 219-81374-07

Dear Albert:

I am in receipt of your letters regarding the above-referenced cases.

I have received the video and plan to visit you and review the video with you after Memorial Day so that we can prepare your case for a Motion to Suppress and/or trial.  I am scheduled to be out of town from Wednesday, May 21, 2008 through Monday, May 26, 2008 and will come visit you upon my return.

If you have any additional questions, please advise.

Sincerely,

James P. Whalen/ma

James P. Whalen

JPW:mea

*I'cm sending this to x̶i̶c̶l̶ verify he has the Tape I do not trust My Court Appointed Attorney No Telling what he might do to the tape*