# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
FEB 03 2009
DAVID J. MALAND, CLERK
BY _____ DEPUTY

ALBERT  §
BROWN JR  §
     §
VS.  §  NO. 4:08 cv 291
     §

MAUREEN
McBRIETY

To The Honorable Judge In Said Cause Comes Now Plaintiff Albert Brown Jr

## MOTION TO DISMISS

Comes Now The Plaintiff Albert Brown Jr. In ir to Response In filing A Motion to Dismiss Claim Under Rule 41(a) Voluntary dismissal due to the facts

## I

Due to my Educational level and my lack of understanding it is to difficult to maintain a hold on to every understanding and interpet the complexity of my case in comparison to other cases, please forgive my lack of knoleage.

## II

Me being unable to get my proof in hand because of my incarciration because of pending charg disables me from having in hand Evidence and I reather have concret Evidence Evidence which is being passed from hand to hand is not as reliable

## III

The Oppresion Anxiety Browing on by hunger being locked down 23 hours a day makes things just much more difficult so I reather wait till pending claim is delt with and my mobility is not so limited to cases in hand and I can have more acess to legal means to better interpet my legal defince to exsplain better in manerisom the wrongs done by police discretion which have led to my 21 month imprisonment delay to be followed by A 23 month delay until a set court date has been appointed on said false charge.

Your honor Evrey word I have stated is true in my lawsuite, I dont wish to be an inconvence to the courts by not having all in hand Evidence witch is being held in relation to my pending charge on state matters witch leds to my constitutional vilotions and Evidence witch is being with held deleberatly with the intent to Obstrut Justice Being in the form of electronics serveloace wich I feel will be altered at evey given time to cover the police excessive discretion and Abuse, And I only wish to drope Case 4:18 cv 291 Because I only have 25 percent Of what is needed to substein my proof beond a reasonable dout, And I wish to Address the courts 100% percent on A more formital grounds and not in my current state

Plaintiff Asks the Courts to Consider his motion to dismiss and pleads the Court to be considerate of his situation and to temperarly dismiss his claim without Prejudice in all likly hood that Plaintiff will be able to obtain the rest of what is needed to prove beyond A resonable dout the aligations set forth in his Lawsuit, And to not leaven the Courts with eney delays if and when the matter is brought to hand, and to have justice in a speedy manner without boughing the judical system.

Therefor the Plaintiff ALBERT Brown JR Prays the court Consider this motion to dismiss and Ask thereto it be dismissed without prejudice. Submitted January 30 of 2009

The following has been mailed to THE Eastern District Court SHERMan Division 101 E PECAN ST SHERMan TX 75090-9821

WALKER BRIGHT PC, 5910 North Central Expressway Suite 980 Dallas Texas 75206