IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| ALBERT EARL BROWN, JR., #146726 | § | |
| VS. | § | CIVIL ACTION NO. 4:08cv291 |
| MAUREEN MESNER, ET AL. | § | |

## FINAL JUDGMENT

The Court having considered the Plaintiff's case and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that Plaintiff take nothing by his suit and that the complaint is **DISMISSED**.

**SIGNED this 9th day of March, 2009.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE