7.19.10

To: Judge Michael H Schneider
From: Albert Brown

## Letter Of Consideration

#: 4:08-cv-00291

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AUG 10 2010
DAVID J. MALAND, CLERK
BY
DEPUTY

Filed

Mo for reconside[r]

Your Honor, I dont know where to start at, because I dont think a persone could conceive the loss I have endured over this last few years. I just dont know what to do next. I mean to be honest I am down and out I am on my last leg I have loss everything... Even my family, my unborn child... nothing remains but my faith with no one to turn to. So I write this letter because I know judges are very entelegent people and I also understand they are very important and Buzy individuals but I have to explain my sutuation to somone. Mr Schneider I can

Your honor I always wanted a real family but I do have a foster family but You know I am black I am filing a racial discrimination lawsuit. My step family the majority were white. I Pray your honor something good will happen to me if I just believe and there is this young girl I like a lot but she seems to get herself in trouble. But I know if I could just be there for her she would not be making the mistakes she does and she is my last hope. I would like to start my family with her she is nice she is kind. But in my community its also said if you did not commit the crime you still gone do the crime. Money thats what people of poverty dont have. So there for we have to depend on justice. But what happens when the same people that are ment to protect us are causing us harm

Sincerly

Albert Brown

PS I am also on appeal if they grant my Appeal I will not be able to stay in a halway house I will be on the streets and homeless. I am informing parol also

lawsuit oginst. So now i am totaly alone, no family, no way out of jail, I've lost every thing and it's realy hard for a yung man who alreafy loss one family to loss two. Only because I have been done wrong and can prove it. The charges I filed my lawsuit on was dismissed, but they went back to 06 and said they found some drugs in the back of car. No in car camra, no finger prints or nothing. Your honor I know they set me up because I fed the police report before they charged them about this drugs they found in the car. I keep sending Attorneys letters trying to get them to acept my suit but its realy difficult when you have no one. I cant get out of jail I mean I just want things to Change. And what I find more crazy they know they wrong the main officer apologized to me, now why would the police officer went to apologize to me for? And they drop my most serious charges. Thanks Frank

truly prove what iam trying to prove. But everytime I get out of jail they meaning the people or the police department just keep hitting me with fake charges. So if iam locked up the I know so we will have to go throw a long debate about the Stote of limtations. Also know due to the fact I have less my family I cant get out of jail because I have no parole Address so iam forced to go to a halfway house. But what makes things sound funny I was violated by parole for some charges that did not even exist. I knew my predickment was going to get worse. I wanted to file a stale injuction... but they got to me to fast. So now Iam on a leg monitor and I dont even fit the require- ments for a leg monitor. But what I find even more funny the leg monitor is hooked up to the people to monitor me is who the same people I filed the lawsuit

YOUR PAROLE PLAN HAS FAILED. _Plan doesn't meet EM_

PLEASE COMPLETE THE INFO BELOW AND SUBMIT YOUR NEW PLAN TO THE PAROLE DEPARTMENT. THANKS, ~~MS. VAUGHN,~~ PAROLE.

NAME: _Albert Brown_ TDCJ#: _1290681_ HOUSING: _~~E3~~ 7_

SPONSOR'S NAME: _____ RELATIONSHIP: _____

STREET ADDRESS: _____

CITY: _____ ZIP: _____ COUNTY: _____

TELEPHONE 1: _____ TELEPHONE 2: _____

DO YOU WANT A HALFWAY HOUSE? YES    NO

G1-19